Selendy & Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212 390 9000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  08/28/2020

Joshua S. Margolin
Partner
212 390 9022
jmargolin@selendygay.com

**Selendy & Gay**

August 28, 2020

The Initial Pretrial Conference is HEREBY ADJOURNED to **September 29, 2020**, at 12:30 PM.  The Parties shall file the Proposed Case Management Plan on or before **September 21, 2020**.  **SO ORDERED.**

Date: 08/28/2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

**Via ECF**

Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

Re:   *League of Women Voters of the United States et al. v. Kosinski et al.*, No. 20-cv-05238

Dear Judge Vyskocil:

On behalf of League of Women Voters of the United States, League of Women Voters of New York State, and Carmelina Palmer (collectively, "Plaintiffs"), we write to request an adjournment of the Pretrial Conference currently scheduled for September 8, 2020 at 3:30pm to September 29, 2020 and an extension for filing the Proposed Case Management Order to September 21, 2020. This is the first request for an adjournment of this pretrial conference.

Plaintiffs request this adjournment because the parties are currently negotiating settlement of Plaintiffs' claims.  Peter S. Kosinski, Douglas Kellner, Andrew J. Spano, and Todd D. Valentine (collectively, "Defendants"), consent to the adjournment.

Sincerely,

Joshua S. Margolin
Partner

Cc:   Nicholas R. Cartagena (via ECF)