Selendy & Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212 390 9000

Joshua S. Margolin
Partner
212 390 9022
jmargolin@selendygay.com



September 21, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/22/2020

**Via ECF**

Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

    Re: *League of Women Voters of the United States et al. v. Kosinski et al.*, No. 20-cv-05238

Dear Judge Vyskocil:

  On behalf of League of Women Voters of the United States, League of Women Voters of New York State, and Carmelina Palmer (collectively, "Plaintiffs"), we write to request an adjournment of the Pretrial Conference currently scheduled for September 29, 2020 at 12:30pm to November 24, 2020 and an extension for filing the Proposed Case Management Order to November 17, 2020. This is the second request for an adjournment of this pretrial conference.

  Plaintiffs request this adjournment because the parties have agreed to stay the above-captioned case until the November general election has taken place, subject to the parties' stipulation, *see* ECF No. 36-1. Plaintiffs reserve all rights.

  Peter S. Kosinski, Douglas Kellner, Andrew J. Spano, and Todd D. Valentine (collectively, "Defendants"), consent to the adjournment.

Sincerely,

Joshua S. Margolin
Partner

Hon. Mary Kay Vyskocil
September 21, 2020

Cc:   Nicholas R. Cartagena (via ECF)

> The parties' request to adjourn the pretrial conference is GRANTED. The pretrial conference scheduled for September 29, 2020, is HEREBY ADJOURNED to November 24, 2020, at 11:30 AM.
>
> SO ORDERED.
>
> Date: 09/22/2020
> New York, New York
>
> *Mary Kay Vyskocil*
> Mary Kay Vyskocil
> United States District Judge

2