USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2020

Selendy & Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212 390 9000



Joshua S. Margolin
Partner
212 390 9022
jmargolin@selendygay.com

November 13, 2020

**Via ECF**

Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

        Re:   *League of Women Voters of the United States et al. v. Kosinski et al.*, No. 20-cv-05238

Dear Judge Vyskocil:

        On behalf of League of Women Voters of the United States, League of Women Voters of New York State, and Carmelina Palmer (collectively, "Plaintiffs"), we write to request an adjournment of the Pretrial Conference currently scheduled for November 24, 2020 at 11:30am to January 19, 2021 and an extension for filing the Proposed Case Management Order to January 12, 2021. This is the third request for an adjournment of this pretrial conference.

        Plaintiffs request this adjournment because the parties agreed to stay the above-captioned case to assess the absentee ballot procedures utilized in the November 3, 2020 election and are now discussing outstanding settlement issues in light of the election. Plaintiffs reserve all rights.

        Peter S. Kosinski, Douglas Kellner, Andrew J. Spano, and Todd D. Valentine (collectively, "Defendants"), consent to the adjournment.

Sincerely,

Joshua S. Margolin
Partner

Hon. Mary Kay Vyskocil
November 13, 2020

Cc:     Nicholas R. Cartagena (via ECF)

> The parties' request to adjourn the Initial Pretrial Conference scheduled for November 24, 2020, at 11:30 AM is GRANTED.  The Initial Pretrial Conference is adjourned to January 26, 2021, at 1:00 PM.  The parties shall file the joint letter and proposed Case Management Plan on or before January 19, 2021.  SO ORDERED.
>
> Date: 11/16/2020
> New York, New York
>
> _Mary Kay Vyskocil_
> Mary Kay Vyskocil
> United States District Judge