Selendy & Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212 390 9000

Joshua S. Margolin
Partner
212 390 9022
jmargolin@selendygay.com

January 15, 2021

**Via ECF**

Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

---

> The Initial Pretrial Conference scheduled for January 26, 2021, at 1:00 PM is adjourned to March 16, 2021, at 11:00 AM. The parties shall file their joint letter and Proposed Case Management Plan on or before March 9, 2021.
>
> SO ORDERED.
>
> Date: 1/19/2021
> New York, New York
>
> Mary Kay Vyskocil
> United States District Judge

---

Re: *League of Women Voters of the United States et al. v. Kosinski et al.*, No. 20-cv-05238

Dear Judge Vyskocil:

On behalf of League of Women Voters of the United States, League of Women Voters of New York State, and Carmelina Palmer (collectively, "Plaintiffs"), we write to request an adjournment of the Pretrial Conference currently scheduled for January 26, 2021 at 1:00pm to March 30, 2021 and an extension for filing the Proposed Case Management Order to March 23, 2021. This is the fourth request for an adjournment of this pretrial conference.

Plaintiffs request this adjournment because the parties agreed to stay the above-captioned case to assess the absentee ballot procedures utilized in the November 3, 2020 election and are now discussing outstanding settlement issues in light of the election. Plaintiffs reserve all rights.

Peter S. Kosinski, Douglas Kellner, Andrew J. Spano, and Todd D. Valentine (collectively, "Defendants"), consent to the adjournment.

Sincerely,

Joshua S. Margolin
Partner

Hon. Mary Kay Vyskocil
January 15, 2021

Cc: Nicholas R. Cartagena (via ECF)