USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/9/2021

**Selendy & Gay PLLC**
1290 Avenue of the Americas
New York NY 10104
212 390 9000

Joshua S. Margolin
Partner
212 390 9022
jmargolin@selendygay.com

**Selendy & Gay**

March 9, 2021

> GRANTED. The Initial Pretrial Conference scheduled for March 16, 2021, at 11:00 AM is adjourned to May 18, 2021, at 11:00 AM. The parties shall file their joint letter and a Proposed Case Management Plan and Scheduling Order on or before May 11, 2021. SO ORDERED.
>
> Date: 3/9/2021
> New York, New York
>
> *Mary Kay Vyskocil*
> Mary Kay Vyskocil
> United States District Judge

**Via ECF**

Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

Re: *League of Women Voters of the United States et al. v. Kosinski et al.*, No. 20-cv-05238

Dear Judge Vyskocil:

On behalf of League of Women Voters of the United States, League of Women Voters of New York State, and Carmelina Palmer (collectively, "Plaintiffs"), we write to request an adjournment of the Pretrial Conference currently scheduled for March 16, 2021 at 11:00am to May 18, 2021 and an extension for filing the Proposed Case Management Order to May 11, 2021. This is the fifth request for an adjournment of this pretrial conference.

Plaintiffs request this adjournment because the parties agreed to stay the above-captioned case to assess the absentee ballot procedures utilized in the November 3, 2020 election and are now discussing outstanding settlement issues in light of the election. Plaintiffs reserve all rights.

Peter S. Kosinski, Douglas Kellner, Andrew J. Spano, and Todd D. Valentine (collectively, "Defendants"), consent to the adjournment.

Sincerely,

Joshua S. Margolin
Partner

Cc: Nicholas R. Cartagena (via ECF)