Selendy & Gay PLLC
1290 Avenue of the Americas
New York NY 10104
212 390 9000

Joshua S. Margolin
Partner
212 390 9022
jmargolin@selendygay.com



May 11, 2021

<u>Via ECF</u>

Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2021

    Re: *League of Women Voters of the United States et al. v. Kosinski et al.*, No. 20-cv-05238

Dear Judge Vyskocil:

  On behalf of League of Women Voters of the United States, League of Women Voters of New York State, and Carmelina Palmer (collectively, "Plaintiffs"), we write to request an adjournment of the Pretrial Conference currently scheduled for May 18, 2021 at 11:00am to June 18, 2021 and an extension for filing the Proposed Case Management Order to June 11, 2021. This is the sixth request for an adjournment of this pretrial conference.

  Plaintiffs request this adjournment because the parties agreed to stay the above-captioned case to assess the absentee ballot procedures utilized in the November 3, 2020 election. Plaintiffs have now reviewed these procedures and the data from the election and are discussing outstanding settlement issues with Defendants. Plaintiffs are optimistic that, with additional time, a resolution can be reached that would obviate the need for further litigation. Plaintiffs reserve all rights.

Peter S. Kosinski, Douglas Kellner, Andrew J. Spano, and Todd D. Valentine (collectively, "Defendants"), consent to the adjournment.

Sincerely,

Joshua S. Margolin
Partner

Cc: Nicholas R. Cartagena (via ECF)

---

The parties' request for an adjournment is GRANTED. The Initial Pretrial Conference scheduled for May 18, 2021, at 11:00 AM is adjourned to July 6, 2021, at 1:00 PM. The parties shall submit their joint letter and proposed Case Management Plan and Scheduling Order on or before June 29, 2021. SO ORDERED.

Date: 5/13/2021
New York, New York

Mary Kay Vyskocil
United States District Judge