**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF THE UNITED STATES, LEAGUE OF WOMEN VOTERS OF NEW YORK STATE, and CARMELINA PALMER,<br><br>Plaintiffs,<br><br>v.<br><br>PETER S. KOSINSKI, DOUGLAS A. KELLNER, and ANDREW J. SPANO, solely in their official capacities as Commissioners of the New York State Board of Elections; and TODD D. VALENTINE and ROBERT A. BREHM, solely in their official capacities as Co-Executive Directors of the New York State Board of Elections,<br><br>Defendants. | Case No. 1:20-cv-05238-MKV<br><br>STIPULATION OF DISMISSAL |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiffs League of Women Voters of the United States, League of Women Voters of New York States, and Carmelina Palmer, and Defendants Commissioner Peter S. Kosinski, Commissioner Douglas A. Kellner, Commissioner Andrew J. Spano, Director Todd D. Valentine, and Director Robert A. Brehm, by and through counsel of record, hereby stipulate that the above referenced action may be dismissed without prejudice, and with all parties to bear their own fees and costs.

Dated: June 8, 2021

Respectfully Submitted,

_____

Nicholas R. Cartagena, Esq.
Deputy Counsel
New York State Board of Elections
40 North Pearl Street, Suite 5
Albany, New York 12207
(518) 474-2064

_____

Joshua S. Margolin
Faith Gay
SELENDY & GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 390-9022
E-mail: jmargolin@selendygay.com

CAMPAIGN LEGAL CENTER
Danielle Lang*
Dana Paikowsky*^
Simone Leeper*+
1101 14th St. NW, Suite 400
Washington, DC 20005
Telephone: (202)736-2200
E-mail: dlang@campaignlegalcenter.org

*Attorneys for Plaintiffs*

*appearing pro hac vice

^Licensed in CA only; supervision by
Danielle Lang, D.C. Bar member.

+Licensed in FL only; supervision by
Mark Gaber, D.C. Bar member